IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

UNITED STATES OF AMERICA

VERSUS                                                      CRIMINAL ACTION NO. 4:05CR95

KEVIN DATES, A/K/A "LIL DATES" A/K/A "SHORTY"

## ORDER

This cause is before the Court on defendant Dates's Motion for an Order Requiring the Prosecution to Give Notice of its Intention to Use Other Crimes, Wrongs or Act Evidence [480]. The Court, having reviewed the motion, the response, the authorities cited and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that defendant Dates's Motion for an Order Requiring the Prosecution to Give Notice of its Intention to Use Other Crimes, Wrongs or Act Evidence [483] is well-taken and should be, and hereby is, GRANTED. IT IS FURTHER ORDERED that the government is to provide defendant Dates with notice of the 404(b) evidence it intends to introduce at trial at least two weeks prior to trial.

SO ORDERED, this the 5th day of May, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE